1  Patrice L. Bishop (182256)
   pbishop@ssbla.com
2  **STULL, STULL & BRODY**
   9430 W. Olympic Blvd., Suite 400
3  Beverly Hills, CA  90212
   Tel:   310-209-2468
4  Fax:   310-209-2087

5  *Counsel for Plaintiff*

6  (Additional Counsel on Signature Page)

7

8                    UNITED STATES DISTRICT COURT

9               FOR THE CENTRAL DISTRICT OF CALIFORNIA

10

11

| | |
|---|---|
| ABRAHAM ATACHBARIAN, on Behalf of Himself and all Others Similarly Situated,<br><br>                    Plaintiff,<br><br>        v.<br><br>CAPITAL ONE FINANCIAL CORPORATION,<br><br>                    Defendant. | Case No. 2:19-cv-6965<br><br>**NOTICE OF RELATED CASE** |

NOTICE OF RELATED CASE
CASE NO. 2:19-cv-6965

To the Court, all Parties, and their Attorneys of Record:

Pursuant to L.R. 83-1.3, Plaintiff Abraham Atachbarian ("Plaintiff"), on behalf of himself and all others similarly situated, by and through his undersigned counsel, state that he is informed and believes that above-entitled action is related to *Christina Labajo, et al. v. Capital One Bank (USA), N.A., et al.*, Case No. 19-cv-01431-JGB-SP (C.D. Cal. Aug. 1, 2019), already pending in this District because the actions appear: (a) to arise from the same or closely related transaction, happening or event; and (b) call for determination of the same or substantially related or similar questions of law and fact.  As a result, litigation of the cases would entail substantial duplication of labor if heard by different judges.

Both class actions are brought against Capital One Financial Corporation ("Capital One"), among others, and allege that Capital One failed to secure and safeguard plaintiffs' and the putative class's personal identifying information (the "Private Information") maintained by Capital One on Amazon Web Services ("AWS").  As alleged in a Complaint for Violations of 18 U.S.C. §1030(a)(2), filed by the U. S. Attorney for the Western District of Washington on July 29, 2019, between March 12, 2019, and July 17, 2019, a former employee of AWS intentionally accessed a computer to obtain the information belonging to Capital One (the "Breach").  As result of the Breach, plaintiffs and other Class members' Private Information has been exposed, in all likelihood, to criminals for misuse.

Dated:  August 9, 2019       By:   *s/ Patrice L. Bishop*
                                    Patrice L. Bishop
                                    **STULL, STULL & BRODY**
                                    9430 West Olympic Blvd., Suite 400
                                    Beverly Hills, CA  90212
                                    Tel:    (310) 209-2468
                                    Fax:   (310) 209-2087
                                    Email: service@ssbla.com

///

///

Lynda J. Grant
**THEGRANTLAWFIRM, PLLC**
521 Fifth Avenue, 17th Floor
New York, NY 10175
Tel:    (212) 292-4441
Fax:    (212) 292-4442
Email: lgrant@grantfirm.com

*Attorneys for Plaintiff and the Class*

NOTICE OF RELATED CASE
CASE NO. 2:19-cv-6965